

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00489-CV

Paul **BLACK**,
Appellant

v.

Mikal **WATTS**; Watts Guerra LLP; James R. Harris; and Harris & Greenwell, LLP,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20874
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellant Paul Black.

SIGNED August 8, 2018.

_____
Karen Angelini, Justice